In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-06-493 CR


____________________



LATRENDA S. CARTWRIGHT, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 94684






 MEMORANDUM OPINION 


 Pursuant to a plea bargain, appellant Latrenda S. Cartwright pled no contest to assault
on a public servant. On November 28, 2005, the trial court found the evidence sufficient to
find Cartwright guilty, but deferred further proceedings, placed Cartwright on community
supervision for two years, and assessed a fine of $250. On March 10, 2006, the State filed
a motion to revoke Cartwright's unadjudicated community supervision. Cartwright pled "not
true" to four alleged violations of the conditions of her community supervision. After
holding a hearing, the trial court found that Cartwright violated three of the conditions of her
community supervision, found Cartwright guilty of assault on a public servant, and assessed
punishment at five years of confinement. 

 Cartwright's appellate counsel filed a brief that presents counsel's professional
evaluation of the record and concludes the appeal is frivolous. See Anders v. California, 386
U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); High v. State, 573 S.W.2d 807 (Tex. Crim.
App. 1978). On June 21, 2007, we granted an extension of time for appellant to file a pro
se brief. We received no response from appellant. We reviewed the appellate record, and
we agree with counsel's conclusion that no arguable issues support an appeal. Therefore, we
find it unnecessary to order appointment of new counsel to re-brief the appeal. Compare
Stafford v. State, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's
judgment. (1)

 AFFIRMED.


 _________________________________

 HOLLIS HORTON

 Justice 


Submitted on September 21, 2007

Opinion Delivered October 3, 2007 

Do Not Publish


Before McKeithen, C.J., Gaultney and Horton, JJ. 
1. Appellant may challenge our decision in this case by filing a petition for discretionary
review. See Tex. R. App. P. 68.